DARREN T. BRENNER
Nevada Bar No. 8386
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)
Attorneys for Plaintiff
MetLife Investors USA Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY, | Case No.:  2:12-cv-01440-RCJ-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO COMPLETE INTERPLEADER** |
| VISTANA CONDOMINIUM HOMEOWNERS ASSOCIATION; NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005 and PATRICIA M. ARNOTT as the Trustee of the NANCY QUON LIFE INSURANCE TRUST, and DOES I through X; and ROES I through X, | |
| Defendants. | |

In accordance with Federal Rule Civil Procedure 22 and 67, Metlife Investors USA Insurance Company ("MetLife"), Vistana Condominium Owners Association, Inc. ("Vistana"); Nancy Quon Life Insurance Trust Dated February 10, 2005 ("Quon Trust"); and Patricia M. Arnott ("Arnott"), stipulate that:

1.      Vistana on the one hand, and Quon Trust and Arnott on the other, shall interplead their adverse and conflicting claims to the death benefit payable under Policy No. 208-212-104-US (the "Policy");

///

///

3175253.1

1        2.    MetLife will deposit the amount of $8,073,941.47 with the Clerk of Court pending

2   the Court's final dispositions of the adverse claims to the death benefit.  This amount is calculated

3   as follows:

4             a.  $8,000,000 death benefit;

5             b.  $4,585.45 premium renewal;

6             c.  $69,083.02 in Interest calculated at 10.50% from the 30 days after Quon Trust

7                submitted a claim (July 15, 2012)[1] through the date of that the interpleader

8                complaint was filed (August 14, 2012).

9        3.    MetLife is discharged from any further proceedings in this case with prejudice and

10  relinquishes any and all claims to the interpled funds;

11       4.    As of the date of delivery of the subject death benefit by MetLife to the Clerk of

12  Court, MetLife is forever discharged from liability to the defendants in regard to the subject matter

13  of this action;

14       5.    Vistana, Arnott, and the Quon Trust, along with their respective attorneys and

15  agents, are restrained from initiating any proceedings against MetLife and its affiliated companies

16  in connection with the subject Policy or death benefit, including, without limitation, any claim or

17  proceeding for damages, declaratory relief, costs, interests, or attorney fees; and

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  

[1] The claim was received by MetLife on June 15, 2012.

3175253.1

6.   The parties waive their right to any costs, fees, policy benefit, damages, or interest against MetLife, except that which is articulated in this agreement.

DATED this _9_ day of November, 2012.

LEWIS AND ROCA LLP                          HUTCHISON & STEFFEN, LLC

By /s/                                       By /s/
DARREN T. BRENNER                           TODD L. MOODY
Nevada Bar No. 8386                         Nevada Bar No.  5430
3993 Howard Hughes Parkway                  Peccole Professional Park
Suite 600                                   10080 West Alta Drive, Suite 200
*Attorneys for Plaintiff*                    Las Vegas, NV  89145
*MetLife Investors USA Insurance Company*    Attorneys fro Defendants
                                            *Quon Trust and Arnott*


                                            GIBBS,  GIDEN,  LOCKER,  TURNER  &
                                            SENET, LLP

                                            By
                                                 RICHARD E. HASKIN
                                                 Nevada Bar No. 11592
                                                 7450 Arroyo Crossing Parkway
                                                 Suite 270
                                                 Las Vegas, NV  89113
                                                 *Attorneys for Defendant Vistana*
                                                 *Condominium Owners Association, Inc.*


**ORDER**

IT IS SO ORDERED:

DATED:  December 10, 2012.

_____
UNITED STATES DISTRICT JUDGE

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

3175253.1

1    6.    The parties waive their right to any costs, fees, policy benefit, damages, or interest

2  against MetLife, except that which is articulated in this agreement.

3    DATED this _9_ day of November, 2012.

4  LEWIS AND ROCA LLP                        HUTCHISON & STEFFEN, LLC

5  By _/s/_____             By_____

6    DARREN T. BRENNER                         TODD L. MOODY
      Nevada Bar No. 8386                        Nevada Bar No. 5430
7     3993 Howard Hughes Parkway               Peccole Professional Park
      Suite 600                                 10080 West Alta Drive, Suite 200
8     *Attorneys for Plaintiff*                  Las Vegas, NV 89145
      *MetLife Investors USA Insurance Company*  Attorneys fro Defendants
9                                               *Quon Trust and Arnott*

10                                             GIBBS, GIDEN, LOCKER, TURNER &
11                                             SENET, LLP

12                                             By__/s/_____
13                                               RICHARD E. HASKIN
                                                 Nevada Bar No. 11592
14                                               7450 Arroyo Crossing Parkway
                                                 Suite 270
15                                               Las Vegas, NV  89113
                                                 *Attorneys for Defendant Vistana*
16                                               *Condominium Owners Association, Inc.*

17

18

19

20

21                            **ORDER**

22  IT IS SO ORDERED:

23  DATED: _____, 2012.

24

25  _____
    U.S. DISTRICT COURT JUDGE

26

27

28

-3-