Matthew L. Grode, Esq.
Nevada State Bar # 6326
Richard E. Haskin, Esq.
Nevada State Bar # 11592
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
7450 Arroyo Crossing Parkway, Suite 270
Las Vegas, Nevada  89113-4059
(702) 836-9800

Attorneys for Third Party Movant
VISTANA CONODOMINIUM OWNERS
ASSOCIATION, INC., a Nevada corporation

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>VISTANA CONDOMINIUM OWNERS ASSOCIATION, PATRICIA ARNOTT AS TRUSTEE OF THE NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005 and DOES 1-10,<br><br>Defendants. | CASE NO.:   2:12-CV-01324-GMN-CWH<br><br>~~[PROPOSED]~~ PRIVACY ACT ORDER COMPELLING THE PRODUCTION OF DOCUMENTS AND PROTECTIVE ORDER |
| VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC.,<br><br>Counter-Plaintiff,<br>v.<br><br>AMERICAN LIFE INSURANCE COMPANY; PATRICIA ARNOTT, as TRUSTEE OF THE QUON LIFE INSURANCE TRUST; ROES 301 through 310; STEPHANIE LINGLE AKA STEPHANIE A. QUON; JESSICA QUON; QUON PROPERTIES, LLC; and ROES 1 THROUGH 300;<br><br>Counter-Defendants. | |

1

1351543_1.docx

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Motion of VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC. ("VISTANA") to Compel Production and for Entry of a Privacy Act Order and Protective Order for GOOD CAUSE shown is hereby GRANTED.

IT IS HEREBY ORDERED that the Federal Bureau of Investigation ("FBI") shall produce all documents in its possession, custody and control responsive to the Subpoena for Production of Documents served on the FBI by VISTANA on June 14, 2013, subject to the following Protective Order:

### PROTECTIVE ORDER

1. Protected Documents (The term "Protective Documents" when used herein shall be defined herein as any discovery documents containing the personal identifying information such as social security numbers, drivers license numbers, dates of birth, bank account numbers, bank records, or addresses of participants, witnesses and victims in this case.) which will be used by the government in its case in chief include personal identifiers, including social security numbers, driver's license numbers, dates of birth, bank account numbers, bank records, and addresses of participants, witnesses, and victims in this case.

2. Discovery in this case will be voluminous. Many of these documents include personal identifiers. Redacting the personal identifiers of participants, witnesses, and victims would prevent the timely disclosure of discovery to VISTANA.

3. The United States agrees to provide Protected Documents without redacting the personal identifiers of participants, witnesses, and victims.

4. Access to Protected Documents will be restricted to persons authorized by the Court, namely the defendants and counter-defendants to this action (collectively referred to herein as "defendants"), attorneys of record and attorneys' paralegals, investigators, experts, and secretaries employed by the attorneys of record and performing on behalf of the defendants.

///

///

5. The following restrictions will be placed on defendants, defendants' attorneys and the above-designated individuals unless and until further ordered by the Court. Defendants, defendants' attorneys and the above-designated individuals shall not:

  a. make copies for, or allow copies of any kind to be made by any other person of Protected Documents;

  b. allow any other person to read Protected Documents; and

  c. use Protected Documents for any other purpose other than preparing to defend against the charges in the Indictment or any superseding indictment arising out of this case.

6. Defendants' attorneys shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

7. The requested restrictions shall not restrict the use or introduction as evidence of discovery documents containing personal identifying information such as social security numbers, driver's license numbers, dates of birth, and addresses during the trial of this matter.

8. Upon conclusion of this action, defendants' attorneys shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying information such as social security numbers, drivers license numbers, dates of birth, and addresses within a reasonable time, not to exceed thirty days after the last appeal is final.

IT IS SO ORDERED this __10th__ day of _____July_____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE