## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff(s), | )<br>) Case No. 2:12-cv-01324-JAD-NJK |
| vs. | )<br>) |
| VISTANA CONDOMINIUM OWNERS ASSOCIATION, et al., | ) **O R D E R**<br>)<br>) |
| Defendant(s). | )<br>) |

Before the Court is Defendant Vistana Condominium Owner's Association's Motion for Reconsideration, Docket No. 120, which is hereby GRANTED. On March 7, 2014, the Court granted Counter Claimant Patricia Arnott's Motion to Compel. Docket No. 119 (Order granting Motion to Compel); *see also* Docket No. 115 (Motion to Compel). The basis for the Court's decision was Defendant Vistana's failure to file a response by the March 3, 2014, deadline. Docket No. 119. In the instant motion, Defendant Vistana represents that Counter Claimant Arnott's counsel agreed to extend the opposition deadline to March 10, 2014. Docket No. 120. Accordingly, in the interest of deciding this matter on the merits, the Court hereby VACATES its prior Order, Docket No, 119, issued on March 7, 2014.

Importantly, however, the Court instructs the parties that all future stipulations must be in full compliance with the Local Rules. Specifically, Local Rule 7-1(b) states,

> No stipulations relating to proceedings before the Court except those set forth in Fed. R. Civ. P. 29 shall be effective until approved by the Court. Any stipulation that would interfere with any time set for completion of discovery, for hearing of a motion, or for trial, may be made only with the approval of the Court.

LR 7-2(b).

Therefore, the parties were required to file their stipulation with the Court and request Court approval. *See id.*; *see also* LR 6-2(a).

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Vistana Condominium Owner's Association's Motion for Reconsideration, Docket No. 120, is GRANTED.

IT IS FURTHER ORDERED that the Court's March 7, 2014, Order Granting Counter Claimant Arnott's Motion to Compel, Docket No. 119, is VACATED.

IT IS FURTHER ORDERED that Defendant Vistana Condominium Owner's Association's Response is due March 10, 2014.

IT IS FURTHER ORDERED that Counter Claimant Arnott's Motion to Compel is to be placed back on the docket for determination.

DATED: March 10, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge