# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, et al., | |
| Plaintiff(s), | Case No. 2:12-cv-01324-JAD-NJK |
| vs. | ORDER SETTING HEARING |
| VISTANA CONDOMINIUM OWNERS ASSOCIATION, et al., | (Docket No. 146) |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan and scheduling order filed on January 8, 2015. Docket No. 146. The parties could not agree on a discovery schedule and submitted different proposed dates. The Court hereby **SETS** a hearing on the proposed discovery plan for January 22, 2015, at 10:00 a.m. in Courtroom 3D.

DATED: January 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge