Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Kym.Cushing@wilsonelser.com
Attorneys for Defenant AMERICAN GENERAL LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No.: 2:12-cv-01324-JAD-NJK |
| Plaintiff, | |
| v. | |
| VISTANA CONDOMINIUM OWNERS ASSOCIATION, PATRICIA ARNOTT AS TRUSTEE OF THE NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005 and DOES 1-10, | **ORDER GRANTING REQUEST TO BE REMOVED FROM ELECTRONIC FIING AND SERVICE LIST** |
| Defendants. | |

The undersigned hereby request to be removed from the filing and service list by electronic means through the Court's e-filing program on behalf of the following party: AMERICAN GENERAL LIFE INSURANCE COMPANY

Documents are no longer to be served by electronic means to the following persons at the e-mail addresses listed below:

kym.cushing@wilsonelser.com, EfileLasVegas@wilsonelser.com, deawna.crews@wilsonelser.com, reed.werner@wilsonelser.com, Tawana.Sweatt@wilsonelser.com, nicole.hrustyk@wilsonelser.com, Michael.edwards@wilsonelser.com, naomi.sudranski@wilsonelser.com, richean.martin@wilsonelser.com, tyson.hafen@wilsonelser.com

Dated this Janaury  , 2015      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Plaintiff
AMERICAN GENERAL LIFE INSURANCE COMPANY

IT IS SO ORDERED.
DATED: January 29, 2015

_____
United States Magistrate Judge

1