Matthew L. Grode, Esq.
Nevada State Bar # 6326
Richard E. Haskin, Esq.
Nevada State Bar # 11592
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
7450 Arroyo Crossing Parkway, Suite 270
Las Vegas, Nevada 89113-4059
(702) 836-9800

Attorneys for Defendant and Counter-Plaintiff
VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC., a Nevada corporation

Mark A. Hutchison (4639)
Todd L. Moody (5430)
Richard L. Wade (11879)
**HUTCHISON & STEFFEN, LLC**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
(702) 385-2500
(702) 385-2086 *fax*

Attorneys for PATRICIA ARNOTT, STEPHANIE LINGLE and JESSICA QUON

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br>v.<br>VISTANA CONDOMINIUM OWNERS ASSOCIATION, PATRICIA ARNOTT AS TRUSTEE OF THE NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005 and DOES 1-10,<br><br>    Defendants.<br><br>VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC.,<br><br>    Counter-Plaintiff, | CASE NO.: 2:12-CV-01324-JAD-NJK<br><br>**STIPULATION AND ORDER TO PERMIT THE PARTIES TO CONDUCT 20 DEPOSITIONS** |

1

1561947_1.docx

1  v.

2  PATRICIA ARNOTT, as TRUSTEE OF THE
3  QUON LIFE INSURANCE TRUST; ROES
   301 through 310; STEPHANIE LINGLE AKA
4  STEPHANIE A. QUON; JESSICA QUON;
   and ROES 1 THROUGH 300;
5
6     Counter-Defendants.

7  **STIPULATION AND ORDER TO PERMIT THE PARTIES TO CONDUCT 20**
8  **DEPOSITIONS**

9  COMES NOW Defendant and Counter-Plaintiff VISTANA CONDOMINIUM

10 OWNERS ASSOCIATION, INC. (hereinafter "VISTANA") and Defendants and Counter-

11 Defendants PATRICIA ARNOTT, AS TRUSTEE OF THE QUON LIFE INSURANCE

12 TRUST; STEPHANIE LINGLE aka STEPHANIE A. QUON; and JESSICA QUON

13 (hereinafter the "QUONS") (collectively the "Parties") by and through their undersigned

14 counsel, and hereby stipulate and agree as follows:

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

1561947_1.docx

1. That the number of depositions that may be taken in the action be extended to 20 depositions being taken under Fed. R. Civ. P. 30(a)(2)(A)(i) or Rule 31 by the plaintiffs, or by the defendants, or by the third-party defendants.

DATED: March 20, 2015    GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP


By:_____/s/Richard E. Haskin_____
Richard E. Haskin, Esq.
Nevada State Bar # 11592
7450 Arroyo Crossing Parkway, Suite 270
Las Vegas, Nevada 89113-4059
Attorneys for Defendant and Counter-Plaintiff
VISTANA CONDOMINIUM OWNERS
ASSOCIATION. INC.. a Nevada corporation

DATED: March 20, 2015    HUTCHISON & STEFFEN, LLC


By:_____/s/Richard L. Wade_____
Richard L. Wade, Esq.
Nevada State Bar # 11592
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendants and Counter-Defendants
PATRICIA ARNOTT, STEPHANIE LINGLE and
JESSICA QUON

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 23, 2015

3

1561947_1.docx