Matthew L. Grode, Esq.
Nevada State Bar # 6326
Richard E. Haskin, Esq.
Nevada State Bar # 11592
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
7450 Arroyo Crossing Parkway, Suite 270
Las Vegas, Nevada  89113-4059
(702) 836-9800

Attorneys for Defendant and Counter-Plaintiff
VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC., a Nevada corporation

Mark A. Hutchison (4639)
Todd L. Moody (5430)
Richard L. Wade (11879)
**HUTCHISON & STEFFEN, LLC**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
(702) 385-2500
(702) 385-2086 *fax*

Attorneys for PATRICIA ARNOTT, STEPHANIE LINGLE and JESSICA QUON

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br>v.<br><br>VISTANA CONDOMINIUM OWNERS ASSOCIATION, PATRICIA ARNOTT AS TRUSTEE OF THE NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005 and DOES 1-10,<br><br>        Defendants. | CASE NO.:  2:12-CV-01324-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PROTECTIVE ORDER (DOC. 100)** |
| VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC.,<br><br>        Counter-Plaintiff,<br><br>v. | |

1

1576022_1.docx

|   |   |
|---|---|
| 1 | PATRICIA ARNOTT, as TRUSTEE OF THE QUON LIFE INSURANCE TRUST; ROES 301 through 310; STEPHANIE LINGLE AKA STEPHANIE A. QUON; JESSICA QUON; and ROES 1 THROUGH 300; |
| 2 | |
| 3 | |
| 4 | Counter-Defendants. |

## STIPULATION AND ORDER TO EXTEND PROTECTIVE ORDER (DOC. 100)

Defendant and Counter-Plaintiff VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC. (hereinafter "VISTANA") and Defendants and Counter-Defendants PATRICIA ARNOTT, AS TRUSTEE OF THE QUON LIFE INSURANCE TRUST; STEPHANIE LINGLE aka STEPHANIE A. QUON; and JESSICA QUON (hereinafter the "QUONS") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. That the Protective Order (Doc. 100) be extended to allow the Parties to use the Protected Documents in case 2:12-CV-01324-JAD-NJK during depositions, trial, or other proceedings (such as an evidentiary hearing).

2. The Parties may show witnesses, including retained experts, the Protected Documents and examine witnesses using the Protected Documents in case 2:12-CV-01324-JAD-NJK during depositions, hearings, or trial.

3. Witnesses who are shown Protected Documents may not retain, maintain, or possess them.

4. The Parties are not required to mark a transcript as confidential, if any Protected Documents are referred to during the deposition or hearing. If the Protected Documents are attached to the transcript, only the Protected Documents will be marked confidential, not the transcript itself.

///

///

///

///

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

1576022_1.docx

5.  The Parties represent that they conferred with Thomas Hall, Esq., of the United States Department of Justice, obtaining his express approval of the exact terms stated herein before filing the instant Stipulation with this Court. Further, Paragraph 4 of the original Protective Order (Doc. 100) permits the Court to extend access.

6.  The Parties reserve the right to object to any of the Protected Documents for any reason.

DATED: April 30, 2015         GIBBS GIDEN LOCHER TURNER
                              SENET & WITTBRODT LLP


                              By: /s/Richard E. Haskin
                              Richard E. Haskin, Esq.
                              Nevada State Bar # 11592
                              7450 Arroyo Crossing Parkway, Suite 270
                              Las Vegas, Nevada 89113-4059
                              Attorneys for Defendant and Counter-Plaintiff
                              VISTANA CONDOMINIUM OWNERS
                              ASSOCIATION. INC.. a Nevada corporation

DATED: April 30, 2015         HUTCHISON & STEFFEN, LLC


                              By: /s/Todd L. Moody
                              Todd L. Moody, Esq.
                              Nevada State Bar # 5430
                              10080 West Alta Drive, Suite 200
                              Las Vegas, Nevada 89145
                              Attorneys for Defendants and Counter-Defendants
                              PATRICIA ARNOTT, STEPHANIE LINGLE and
                              JESSICA QUON

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 1, 2015

1576022_1.docx