1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

AMERICAN GENERAL LIFE INSURANCE            )
9   COMPANY,                               )
                                           )
10                      Plaintiff(s),      )          Case No. 2:12-cv-01324-JAD-NJK
                                           )
11   vs.                                   )          ORDER
                                           )
12   VISTANA CONDOMINIUM OWNERS            )
     ASSOCIATION, et al.,                  )          (Docket No. 181)
13                                         )
                        Defendant(s).      )
14   _____)

15          Pending before the Court is Defendant and Counter-Plaintiff Vistana Condominium Owners

16   Association, Inc.'s ("Vistana") motion to hold Sosa Painters & Drywall Services ("Sosa Painters")

17   in contempt of court.  Docket No. 181.  The pending motion seeks the issuance of an order

18   compelling Sosa Painters to produce documents responsive to a subpoena and to appear for a

19   deposition. *Id.*, at 3-4.  If Sosa Painters does not comply, Vistana requests that the Court "hold them

20   in jail until they comply with the subpoenas." *Id.*, at 4.  Vistana additionally seeks attorneys' fees

21   and costs. *Id.*, at 4.

22          Pursuant to Federal Rule of Civil Procedure 45(g), a court "may hold in contempt a person

23   who, after having being served, fails without adequate excuse to obey the subpoena or an order

24   relating to it."  In this case, Vistana has failed to file a proof of service showing that the pending

25   motion has been served upon non-party Sosa Painters. *See* Docket No. 181, at 6.  The relief Vistana

26   seeks is significant, including a finding of contempt and a resulting order of imprisonment.  Because

27   Vistana failed to provide legal authority establishing that such relief is a proper sanction under the

28   applicable rules, its motion (Docket No. 181) is **DENIED** without prejudice.

1    The Court herein expresses no opinion as to whether sanctions are appropriate and, if so,

2    what sanctions should be imposed.  To the extent a motion for contempt is renewed, Vistana should

3    ensure that it discusses the relevant standards and provides a meaningful discussion explaining why

4    each sanction is appropriate as to each person or entity against whom sanctions are sought.

5    Additionally, prior to the filing of any discovery motions, Vistana must ensure that it complies with

6    the Court's meet and confer and certification requirements.  *See, e.g.*, Local Rule 26-7(b).  Any

7    renewed motion to compel and/or motion for contempt shall be filed within 14 days of the issuance

8    of this order.

9    IT IS SO ORDERED.

10   DATED: July 1, 2015

13   _____

14   NANCY J. KOPPE
     United States Magistrate Judge