# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                 Plaintiff(s),<br><br>vs.<br><br>VISTANA CONDOMINIUM OWNERS ASSOCIATION, et al.,<br><br>                 Defendant(s). | Case No. 2:12-cv-01324-JAD-NJK<br><br>ORDER STRIKING FILED DOCUMENT<br><br>(Docket No. 182) |

Pending before the Court is the filing by Counter-Defendants Patricia Arnott, Stephanie Lingle, and Jessica Quon, of a notice of deposition. Docket No.182. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Because the notice of deposition was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk. The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: July 2, 2015

                                                         NANCY J. KOPPE<br>                                                         United States Magistrate Judge