Mark A. Hutchison (4639)
Todd L. Moody (5430)
Richard L. Wade (11879)
HUTCHISON & STEFFEN, LLC
Las Vegas, Nevada 89145
Phone (702) 385-2500
Fax (702) 385-2086
mhutchison@hutchlegal.com
tmoody@hutchlegal.com
rwade@hutchlegal.com

*Attorneys for Patricia Arnott,
Stephanie Lingle and Jessica Quon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>VISTANA CONDOMINIUM OWNERS ASSOCIATION, PATRICIA ARNOTT AS TRUSTEE OF THE NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005 and DOES 1-10,<br><br>    Defendants.<br><br>PATRICIA ARNOTT AS TRUSTEE OF THE NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005,<br><br>    Counter-claimant,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Counter-defendant. | Case No.: 2:12-cv-01324-JAD-NJK<br><br>**ORDER TO DISBURSE TO THE PARTIES ALL DEPOSITED FUNDS AND ALL INTEREST ACCRUED THEREON AND CLOSE THIS CASE**<br><br>ECF No. 241 |

| | |
|---|---|
| 1 | PATRICIA ARNOTT AS TRUSTEE OF THE NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005, |
| 2 | |
| 3 | Cross-claimant, |
| 4 | v. |
| 5 | VISTANA CONDOMINIUM OWNERS ASSOCIATION, |
| 6 | |
| 7 | Cross-defendant. |
| | VISTANA CONDOMINIUM OWNERS ASSOCIATION, |
| 8 | |
| 9 | Counter and Third Party Plaintiff, |
| 10 | v. |
| 11 | AMERICAN GENERAL LIFE INSURANCE COMPANY, PATRICIA ARNOTT AS TRUSTEE OF THE NANCY QUON LIFE INSURANCE TRUST DATED FEBRUARY 10, 2005, ROES 1 THROUGH 310, STEPHANIE LINGLE AKA STEPHANIE A. QUON; JESSICA QUON; QUON PROPERTIES, LLC, |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| | Counter and Third Party Defendants. |

Defendant and Counter-Plaintiff VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC. (hereinafter "VISTANA") and Defendants and Counter-Defendants PATRICIA ARNOTT, AS TRUSTEE OF THE QUON LIFE INSURANCE TRUST; STEPHANIE LINGLE aka STEPHANIE A. QUON; and JESSICA QUON (hereinafter the "QUONS") (collectively the "Parties") by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. The Parties have entered into a confidential written agreement, executed by all the Parties and approved as to form by their counsel of record, which fully and finally settles all the Parties' disputes which have been raised or could have been raised in the above captioned matter ("Settlement Agreement").

///

-2-

2.     The Parties' Settlement Agreement depends upon this Court disbursing all principal sums which have been previously deposited with the Court by the interpleading plaintiff insurance companies and all interest accrued thereon (the "Deposited Funds"), pursuant to the terms of this Stipulation.

3.     The Deposited Funds consist of the following sums:

    a.     The approximately two million, eight thousand, two hundred nineteen dollars and seventeen cents ($2,008,219.17) deposited with the Court by American General Life Insurance Company on or about August 13, 2012. [ECF No. 6.]

    b.     The approximately eight million, seventy-three thousand, nine hundred forty-one dollars and forty-seven cents ($8,073,941.47) deposited with the Court by Metlife Investors USA Insurance Company on or about December 20, 2012. [ECF No. 35.]

    c.     All interest which has accrued in the Court's registry account on the two aforementioned deposits.

4.     To maintain the confidentiality of the settlement terms, the Parties hereby stipulate and jointly move the Court for an Order directing the Clerk to pay the entire balance of the Deposited Funds to the order of "Gibbs, Giden, Locher, Turner, Senet & Wittbrodt, LLP Client Trust Account" who will then disburse the Deposited Funds pursuant to the terms of a Confidential Settlement Agreement with Defendants and Counter-defendants Patricia Arnott, as Trustee of The Quon Life Insurance Trust; Stephanie Lingle aka Stephanie A. Quon, and Jessica Quon. This check is to be delivered to the offices of VISTANA's counsel of record: Gibbs, Giden, Locher, Turner, Senet & Wittbrodt LLP, attn.: Richard E. Haskin, Esq., 7450 Arroyo Crossing Parkway, Suite 270, Las Vegas, Nevada 89113.

///
///
///
///
///
///

5.     The Parties are the only persons who claim any interest in the Deposited Funds. This disbursement sought herein, once effectuated, will result in the voluntary and joint dismissal of the above captioned matter with prejudice.

DATED: July 15, 2016
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP


By: /s/ Richard E. Haskin
Richard E. Haskin. (11592)
Victor F. Luke (13714)
7450 Arroyo Crossing Parkway, Suite 270
Las Vegas, Nevada 89113-4059

*Attorneys for Defendant and Counter-Plaintiff*
*VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC., a Nevada corporation*

DATED: July 15, 2016
HUTCHISON & STEFFEN, LLC


By: /s/ Richard L. Wade
Todd L. Moody (5430)
Richard L. Wade (11879)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants and Counter-Defendants*
*PATRICIA ARNOTT, STEPHANIE LINGLE and JESSICA QUON*

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court shall:

1.     Disburse the funds previously deposited by the interpleading insurance companies in this matter [ECF Nos. 6, 35], along with any interest that has accrued thereon in the Court's registry account (collectively, "the Deposited Funds"), by issuing a check for the Deposited Funds **made payable to the Gibbs, Giden, Lochner, Turner, Senet & Wittbrodt, LLP Client Trust Account**;

  2. Mail the check to:

> Gibbs, Giden, Lochner, Turner, Senet & Wittbrodt, LLP
> attn: Richard E. Haskin, Esq.
> 7450 Arroyo Crossing Parkway, Suite 270
> Las Vegas, Nevada  89113

who will then disburse the Deposited Funds according to the terms of the parties' Confidential Settlement Agreement;

  3. DISMISS ALL CLAIMS with prejudice, each party to bear its own fees and costs, and CLOSE THIS CASE.

_____
Jennifer Dorsey
U.S. District Court Judge
7/19/16